PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KOOHESTANI, <br><br> Plaintiff, <br><br> v. <br><br> USCIS, ET, AL., <br><br> Defendants. | CASE NO.  2:22-CV-01008 WBS-AC <br><br> STIPULATION AND ORDER RE: DEFENDANTS EXTENSION OF TIME |

Defendants hereby request a 30-day extension of time to file an answer, and plaintiffs have no objection.  The parties therefore stipulate to a new answer date of September 19, 2022.

Dated: August 22, 2022

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Attorney for Plaintiff

1

ORDER

IT IS SO ORDERED.

Dated: August 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE