PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALI KOOHESTANI,

                Plaintiff,

         v.

CHIP LAITINEN, ET AL.,

                Defendants.

CASE NO. 2:22-CV-01008-WBS-AC

STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME

     The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

     This case concerns the visa application for Plaintiff's father, which has been pending since January 2020. The visa application was recently returned to the consular officer for re-adjudication. The parties anticipate that the consular officer will soon be able to complete the re-adjudication, thereby rendering this lawsuit moot.

///

///

///

///

///

1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is November 18, 2022.  The parties further request that all other filing deadlines be similarly extended.

                                                  Respectfully submitted,

Dated:  September 16, 2022          PHILLIP A. TALBERT
                                                  United States Attorney

                                       By:  /s/ ELLIOT C. WONG
                                               ELLIOT C. WONG
                                               Assistant United States Attorney

                                               /s/ JOSHUA GOLDSTEIN
                                               JOSHUA GOLDSTEIN
                                               Counsel for Plaintiff

## ORDER

IT IS SO ORDERED:

1) The new date for the defendants to file an answer or other dispositive pleading is November 18, 2022;

**2)** The Scheduling Conference is reset for **January 17, 2023 at 1:30 p.m.**

3) A joint status report shall be filed no later than January 3, 2023.

Dated:  September 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2