# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALI KOOHESTANI,<br>    Plaintiff,<br><br>    v.<br><br>CHIP LAITINEN, *et al.*,<br>    Defendants. | Civil No.: 2:22-cv-01008 (WBS) (AC) (ECF)<br><br>**ORDER**<br>**The Honorable William B. Shubb** |
|---|---|

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**IT IS SO ORDERED.**

Dated:  October 24, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

## LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

The following attorneys are entitled to be notified of the entry of this Order:

JOSHUA L. GOLDSTEIN, ESQ.
Attorney for Plaintiff
Goldstein Immigration Lawyers
611 Wilshire Blvd., Suite 317,
Los Angeles, CA 90017
Telephone: (213) 425-1979
Email: jg@jgoldlaw.com
United States District Court for the Eastern District of California Bar No. CA Bar #332467

ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900